Adam J. Krolikowski (SBN 202946)
THE KROLIKOWSKI LAW FIRM
930 W 17th Street, Suite D
Santa Ana, CA 92706
T. (949) 269-1869
F. (949) 269-1868
Email: adam@usethelaw.com

JASON D. COHN, Bar No. 192618
SAAR SWARTZON, Bar No. 198732
COHN AND SWARTZON, P.C.
1851 E. First Street, Suite 630
Santa Ana, California 92705
Tel: (714) 547-5100
Fax: (714) 547-5424

Attorneys for Plaintiff,
WENDY HOLGUIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY HOLGUIN, | ) Case No. |
| Plaintiff, | ) |
| vs. | ) COMPLAINT FOR DAMAGES |
| | ) UNDER THE FEDERAL TORT |
| | ) CLAIMS ACT |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |
| | ) Jury Trial Demanded. |

COMPLAINT FOR DAMAGES

- 1

COME NOW Plaintiff WENDY HOLGUIN and complains, avers, alleges and sets forth the following facts and causes of action against Defendant UNITED STATES OF AMERICA:

## I.
## JURISDICTION

1. This action is brought pursuant to the Tort Claims Act, 28 U.S.C. § 2671 et seq.  Jurisdiction is founded on 29 U.S.C. §§1346(b).

2. Plaintiff submitted a timely claim for damages based on the allegations herein to the UNITED STATES POSTAL SERVICE ("USPS") for administrative settlement. After review, discussion and negotiation, the claim has not resolved and more than 6 months has passed. Accordingly, Plaintiff has complied with the requirements of the Federal Tort Claims Act for the timely filing of claims.  Such claim having not been resolved within a reasonable time, Plaintiff hereby institutes the present lawsuit as permitted by law.

## II.
## VENUE

3. Venue is proper in the Central District of California.  The motor vehicle accident giving rise to this complaint occurred on State Route 137 in the unincorporated area of the County of Tulare, State of California, which is within the present judicial district.

## III.
## PARTIES

4. Plaintiff WENDY HOLGUIN (hereafter "PLAINTIFF") is a person and at all relevant times was a resident of Tulare County, California.

5. At all times relevant herein, the Defendant THE UNITED STATES OF AMERICA is a governmental agency. The USPS was and is an agency of the Defendant THE UNITED STATES OF AMERICA. The USPS is an independent agency of the executive branch of the United States federal government

responsible for providing postal service in the U.S., its insular areas, and its associated states.

## IV.
## FIRST CAUSE OF ACTION
## NEGLIGENCE
### (Against All Defendants)

6. PLAINTIFF refers to and repleads each and every allegation contained in paragraphs 1 through 5 of this complaint, and by reference incorporate the same herein and makes each a part thereof.

7. At all times herein mentioned, the highway of State Route 137 is a public highway traversing the County of Tulare, State of California.

8. On January 15, 2021, at approximately 6:03 p.m., PLAINTIFF was driving lawfully on State Route 137 near Avenue 208 in the County of Tulare.

9. On January 15, 2021, at approximately 6:03 p.m., on State Route 137 near Avenue 208 in the County of Tulare a 2002 Suzuki Aerio, CA License Number 4YEJ950, (hereinafter the "SUBJECT VEHICLE") was operated by UNITED STATES OF AMERICA federal government employee named VALERIE CHRISTELL MICOLA as she was in the course and scope of her employment with Defendant UNITED STATES OF AMERICA, USPS.

10. At the time and place aforesaid, VALERIE CHRISTELL MICOLA was the agent and/or employee of the Defendant UNITED STATES OF AMERICA, USPS, acting within the scope of her authority and/or duty as agent and/or employee of the Defendant UNITED STATES OF AMERICA, USPS, with the permission and consent of the Defendant UNITED STATES OF AMERICA, USPS; and the Defendant UNITED STATES OF AMERICA, USPS, ratified each and every act done by VALERIE CHRISTELL MICOLA, and thus Defendant is in some way legally responsible for the damages hereinafter alleged.

11. At the time and place aforesaid, UNITED STATES OF AMERICA federal government employee VALERIE CHRISTELL MICOLA so negligently, carelessly, recklessly, wantonly, and unlawfully drove, operated, maintained, conducted, controlled and entrusted the SUBJECT VEHICLE as to directly and proximately cause the same to collide with PLAINTIFF' vehicle.

12. The UNITED STATES OF AMERICA, USPS federal government employees VALERIE CHRISTELL MICOLA were driving negligently and carelessly, including but not limited to making an unsafe turning and crashing into the PLAINTIFF.

13. Further, at the date and time aforesaid, the UNITED STATES OF AMERICA, USPS federal government employee VALERIE CHRISTELL MICOLA while in sole control of the SUBJECT VEHICLE, failed to exercise the proper degree of knowledge and skill and so negligently, carelessly, recklessly, wantonly, and unlawfully operated their motor vehicle in violation of California Vehicle Code § 22107 proximately causing the motor vehicle collision and injuring Plaintiff.

14. The UNITED STATES OF AMERICA agents and employees were also negligent in failing to keep attentive as to their whereabouts, speed, and oncoming traffic.  Said Defendants' agents and employees knew or should have known that there was traffic and turning into said traffic would be unsafe, all of which negligence, carelessness and recklessness constituted the proximate cause of the SUBJECT VEHICLE striking the Plaintiff.

15. The UNITED STATES OF AMERICA agents and employees acted carelessly, recklessly, unskillfully, unlawfully, tortiously, wantonly and wrongfully entrusted, permitted, managed, serviced, repaired, inspected, maintained, operated, controlled, and drove the SUBJECT VEHICLE as to proximately cause the same to collide against the vehicle in which Plaintiff WENDY HOLGUIN was then

driving, as aforesaid, thereby proximately causing the injuries and damages hereinafter mentioned.

16. Plaintiff WENDY HOLGUIN suffered harm that ordinarily would not have occurred unless someone was negligent. The harm occurred while PLAINTIFF was lawfully and carefully driving and her voluntary action did not cause or contribute to the events that harmed her.

17. As a direct and proximate result of the negligence, carelessness, recklessness, wantonness and unlawfulness of the UNITED STATES OF AMERICA agents and employees, and each of them, and the resulting incident, as aforesaid, Plaintiff WENDY HOLGUIN sustained severe and serious injury to her person, all to PLAINTIFF's damage in a sum within the jurisdiction of this Court and to be shown according to proof.

18. As a proximate result of each and all of the aforesaid acts and omissions of the Defendants, PLAINTIFF was injured about her body and its members and were rendered sick, sore, lame and disabled, and were injured in health, strength and activity, a portion of said injuries being permanent.  As a result of said injuries, PLAINTIFF has had, and in the future will have, physical, mental and emotional pain, suffering, worry and anxiety.

19. As an actual, direct and proximate result of the conduct and crash alleged above, Plaintiff has also sustained, among others, damages for shock and severe fright upon realizing her peril and continuing emotional distress caused thereby.

20. By reason of said injuries, PLAINTIFF incurred, and probably will incur in the future, hospital, surgical, ambulance, medical, nursing and household expenses, all to their further damage.

21. By reason of said injuries, PLAINTIFF was unable to do her usual work for a period of time, have been unable to do a portion of her work since that time, will be partially disabled in the future and have sustained damage to her future earning capacity, all to their damage, according to proof.

22. By reason of said injuries, PLAINTIFF has sustained damage to her future earning capacity, all to their further damage, according to proof.

23. As a proximate result of each and all of the aforesaid acts and omissions of the Defendant, PLAINTIFF's vehicle sustained damage. By reason of said collision, PLAINTIFF was deprived of the use of an automobile for a period of time, all to PLAINTIFF's further damage, according to proof.

24. Plaintiff seeks damages as set forth below.

## PRAYER

WHEREFORE, Plaintiff WENDY HOLGUIN prays for judgment against the Defendant as follows:

1. General damages in the sum according to proof in excess of $75,000;
2. Special damages, including past and future medical expenses, lost wages, loss of earning capacity, pain and suffering, mental anguish, and all other appropriate damages resulting from her injuries;
3. For interest as provided by law;
4. Costs of suit; and
5. For such other and further relief as the Court deems just or proper.

THE KROLIKOWSKI LAW FIRM

Date: November 30, 2023

_____
Adam J. Krolikowski, Esq.
for Plaintiff WENDY HOLGUIN

## DEMAND FOR JURY TRIAL

Plaintiff WENDY HOLGUIN and HOLLY HOANG hereby demands a jury trial in the above-entitled action.

THE KROLIKOWSKI LAW FIRM

Date: November 30, 2023

_____
Adam J. Krolikowski, Esq.
for Plaintiff WENDY HOLGUIN